**BANK v. UNITED STATES.**

**POSNICK v. SAME.**

(Circuit Court of Appeals, Eighth Circuit. October 29, 1921.)

Nos. 5828, 5829.

In Error to the District Court of the United States for the District of Minnesota; Page Morris, Judge.

Criminal prosecutions by the United States against Frank Bank and against David Posnick. Judgments of conviction, and defendants bring error. Affirmed.

Charles B. Elliott, of Minneapolis, Minn., for plaintiffs in error.
Alfred Jaques, U. S. Atty., of Duluth, Minn.

Before SANBORN, Circuit Judge, and TRIEBER and NEBLETT, District Judges.

SANBORN, Circuit Judge. By consent of the parties these cases were consolidated for hearing with case No. 5766, Saul Goldberg v. United States of America, 277 Fed. 211, and submitted to the court on the briefs and arguments in that case. They involve the same questions decided in that case.

The judgment below must accordingly be affirmed, upon the opinion in the Goldberg Case; and it is so ordered.